Thomas GRISWOLD *v.* A.L. LOCKHART, Director,
Arkansas Department of Correction

91-342                                                822 S.W.2d 388

Supreme Court of Arkansas
Opinion delivered February 3, 1992

*Appellant*, pro se.

*Winston Bryant*, Att'y Gen., by: *Brad Newman*, Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant seeks permission to file a handwritten brief which we will entertain upon a substantial showing of merit. *Patterson* v. *State*, 289 Ark. 564, 712 S.W.2d 922 (1986). This is an appeal from a denial of a petition for habeas corpus based on allegations that appellant was charged by information rather than indictment and that he was never afforded a "first appearance" before being bound over to circuit court. However, these are not matters cognizable by habeas

266

corpus and, accordingly, appellant has failed to make a substantial showing of merit. Motion denied.